AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

**USDC - DVT**
**2:24-mj-34-1**

for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-52 |
| PATRICK KNAUSS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PATRICK KNAUSS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:2251(a), (e) - CONSPIRACY TO MANUFACTURE CHILD PORNOGRAPHY;
18:2252(a)(2), (b)(1) - CONSPIRACY TO RECEIVE AND DISTRIBUTE CHILD PORNOGRAPHY;
18:2252(a)(2), (b)(1) - RECEIPT OF CHILD PORNOGRAPHY

Date: 02/08/2024

/S/ THOMAS GIAMBRONE, DEPUTY CLERK
*Issuing officer's signature*

City and state: PHILADELPHIA, PA

/S/ GEORGE V. WYLESOL, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*